UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARVA JAFRI,<br><br>Plaintiff,<br><br>-against-<br><br>ARNOLD & SMITH LAW, PLLC, et al.,<br><br>Defendants. | **ORDER**<br><br>26-CV-07295 (PMH) |

PHILIP M. HALPERN, United States District Judge:

Due to a scheduling conflict, the telephone conference scheduled for September 22, 2026 at 10:00 a.m. is adjourned to 12:00 p.m. that same day. At the time of the scheduled conference, all parties shall call the following number: 855-244-8681; access code 2317 236 5283.

Plaintiff is directed to serve a copy of this order on Defendants and file proof of such service by 5:00 p.m. on September 21, 2026.

The parties are directed to immediately notify the Court if they have resolved the issues raised in Plaintiff's pre-motion letter (Doc. 19).

**SO ORDERED.**

Dated: September 17, 2026
White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge